BELLAIRE CORPORATION: Nacco Industries, Inc.; North American Coal Corporation, Plaintiffs–Appellees,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellant,

Michael H. Holland; William P. Hobgood; Marty D. Hudson; Thomas O.S. Rand; Elliot A. Segal; Carl E. Van Horn; Gail R. Wilensky, Trustees of the United Mine Workers of America Combined Benefit Fund, Intervening Defendants.

Nos. 00–4080, 00–4081, 00–4082.

United States Court of Appeals, Sixth Circuit.

March 4, 2003.

Wade HALL, Jr., Plaintiff–Appellant,

v.

Rodney BALLARD, Colonel; Terry Carl, Kenton County Jailer; Jeannie Blaine, Defendants–Appellees.

No. 02–5810.

United States Court of Appeals, Sixth Circuit.

March 4, 2003.

Before MOORE and GIBBONS, Circuit Judges; and COHN, District Judge.*

**ORDER**

This appeal is before us on remand from the United States Supreme Court. *Barnhart v. Peabody Coal Co.,* —— U.S. ——, 123 S.Ct. 748, 154 L.Ed.2d 653 (2003). In *Barnhart,* the Court reversed our earlier decision affirming the grant of partial summary judgment to plaintiffs by the district court.